UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | ) | Case No. 2:06-cv-02243 KHV-JPO |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| AMBER E. PEELER, ANNAMARIE MOYER, Conservator of the Estate of A.P., a Minor and DENICE KNIGHT, Conservator for Charles E. Peeler, III, | ) ) ) ) | |
| Defendants. | | |

### ORDER AUTHORIZING DEPOSIT OF FUNDS WITH THE COURT AND INVESTMENT IN AN INTEREST BEARING ACCOUNT

Plaintiff Metropolitan Life Insurance Company ("MetLife"), has moved this Court for leave to deposit the sum of Forty Thousand Seven Hundred Fifty-One and 65/100 Dollars ($40,751.65) with the Court, pursuant to Rule 67 of the Federal Rules of Civil Procedure.

IT IS HEREBY ORDERED that plaintiff Metropolitan Life Insurance Company is granted leave to deposit the sum of Forty Thousand Seven Hundred Fifty-One and 65/100 Dollars ($40,751.65) with the Court. The Clerk is hereby Ordered to deposit the funds in a money market account or other instrument, at the prevailing rate of interest at a federally approved financial institution. The initial investment is subject to the collateral provisions of Treasury Circular 176.

The Clerk shall deduct the administrative registry fee, set by the Director of the Administrative Office of the U.S. Courts at ten percent of the interest earned or as indicated based on the amount and time of the deposit into the Court, without further order of the Court. Said fee is authorized by the Judicial Conference of the United States.

Dated this 12th day of October, 2006.

**SO ORDERED:**

s/ Kathryn H. Vratil
Honorable Kathryn H. Vratil
United States District Judge

Submitted by:

ARMSTRONG TEASDALE LLP

BY: */s/ Chadler E. Colgan*
    Karrie J. Clinkinbeard    #19583
    Chad ler E. Colgan         #19882
    2345 Grand Boulevard, Ste. 2000
    Kansas City, Missouri 64108
    (816) 221-3420
    (816) 221-0786 (facsimile)
    kclinkinbeard@armstrongteasdale.com

ATTORNEYS FOR PLAINTIFF